UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PURDUE PHARMACEUTICAL PRODUCTS L.P., PURDUE PHARMA L.P., and PURDUE PHARMA TECHNOLOGIES, INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>HOSPIRA, INC.,<br><br>    Defendant. | Civil Action No. 1:10-cv-06471<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Sidney I. Schenkier<br><br>JURY TRIAL DEMANDED |
| HOSPIRA, INC.,<br><br>    Counterplaintiff,<br><br> v.<br><br>PURDUE PHARMACEUTICAL PRODUCTS L.P., PURDUE PHARMA L.P., and PURDUE PHARMA TECHNOLOGIES, INC.,<br><br>    Counterdefendants. | |

**PURDUE'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

  The parties have entered into settlement negotiations regarding this case, and believe that they may be able to reach final agreement shortly. Accordingly, Plaintiffs, Purdue Pharmaceutical Products L.P., Purdue Pharma L.P., and Purdue Pharma Technologies, Inc. (collectively, "Purdue") move this Court to dismiss their claims with prejudice and to dismiss the counterclaims of Counterplaintiff Hospira, Inc. ("Hospira") as moot. Purdue additionally moves for the right of either party to reinstate its claims/counterclaims by July 25, 2011 if the desired settlement is not reached, with all current deadlines in the case extended by thirty days.

  Hospira does not oppose this Motion, if all of the terms set forth above are included in the Order entered thereon.

1

Date: June 24, 2011    Respectfully submitted,

<u>/s/ Michael J. Fitzpatrick</u>
Gregory J. Vogler
John L. Abramic
Michael J. Fitzpatrick
Kevin A. O'Connor
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Phone: (312) 775-8000

Attorneys for Plaintiffs
    **Purdue Pharmaceutical Products L.P.**
    **Purdue Pharma L.P.**
    **Purdue Pharma Technologies Inc.**

## CERTIFICATE OF SERVICE

  I herby certify that this document has been served on all counsel of record by means of the Court's ECF system on this day, June 24, 2011.

                 /s/ Michael J. Fitzpatrick
                 Michael J. Fitzpatrick