**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PURDUE PHARMACEUTICAL PRODUCTS L.P., PURDUE PHARMA L.P., and PURDUE PHARMA TECHNOLOGIES, INC., <br><br>    Plaintiffs, <br><br>  v. <br><br> HOSPIRA, INC., <br><br>    Defendant. | Civil Action No. 1:10-cv-06471 <br><br> Judge Elaine E. Bucklo <br><br> Magistrate Judge Sidney I. Schenkier <br><br> **JURY TRIAL DEMANDED** |
| HOSPIRA, INC., <br><br>    Plaintiff, <br><br>  v. <br><br> PURDUE PHARMACEUTICAL PRODUCTS L.P., PURDUE PHARMA L.P., and PURDUE PHARMA TECHNOLOGIES, INC., <br><br>    Defendants. | |

**JOINT MOTION TO AMEND ORDER**

In light of an anticipated settlement, on June 27, 2011 the Court entered the following Order on an unopposed motion to dismiss:

> Plaintiff's unopposed motion to dismiss [62] is granted. Accordingly, plaintiffs' claims are dismissed with prejudice and counterclaims are dismissed as moot. Pursuant to parties' agreement, the dismissal will be with leave to reinstate, if necessary, the case including counterclaims by 7/25/11. If the case is reopened, all current deadlines in the case will be extended by 30 days.

(Dkt. No. 64) ("June 27th Order").

The parties have reached agreement on the principal terms of a settlement agreement and expect to have the agreement executed by July 27, 2011. Accordingly, to allow the parties time to finalize and execute the settlement agreement, the parties jointly move the Court for an Order amending the June 27th Order to allow reinstatement of the claims by July 27, 2011 (as opposed

to the original date of July 25, 2011). The parties jointly move for entry of the following Order, which will also be submitted as a proposed order:

In the event the parties are not able to execute a final settlement agreement by July 27, 2011, they have leave to reinstate their claims by July 27, 2011, with all deadlines in the case extended thirty days from that date.

July 25, 2011                                                                 Respectfully submitted,

/s/ John L. Abramic                                                           /s/ Paul S. Tully
Gregory J. Vogler                                                             Joshua R. Rich (rich@mbhb.com)
John L. Abramic                                                               Paul S. Tully (tully@mbhb.com)
Michael J. Fitzpatrick                                                        Paula S. Fritsch (fritsch@mbhb.com)
Kevin A. O'Connor                                                             **McDonnell Boehnen**
**McAndrews, Held & Malloy, Ltd.**                                            **Hulbert & Berghoff LLP**
500 West Madison Street, 34th Floor                                           300 South Wacker Drive, Suite 3200
Chicago, Illinois 60661                                                       Chicago, Illinois 60606
(312) 775-8000                                                                (312) 913-0001
(312) 775-8100 (fax)                                                          (312) 913-0002 (fax)

ATTORNEYS FOR PLAINTIFFS/                                                     ATTORNEYS FOR DEFENDANT/
COUNTERDEFENDANTS                                                             COUNTERPLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2011, the attached **Joint Motion To Amend Order** has been served on all counsel of record by means of the Court's ECF system.

/s/ John L. Abramic
John L. Abramic